IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TONYA STOLTZ,

    Plaintiff,

v.                                                                                                                   No. 1:16-cv-01237-JDB-egb

UNITED STATES OF AMERICA,

    Defendant.

___

ORDER ADVISING PLAINTIFF REGARDING REPRESENTATION
___

Title 28 U.S.C. § 1654 permits parties in the federal courts to "plead and conduct their own cases personally or by counsel[.]" However, litigants, including habeas petitioners, have "neither a constitutional right nor a statutory right" to represent themselves *and* be represented by counsel. *Miller v. United States*, 561 F. App'x 485, 489 (6th Cir. 2014). In addition, under the local rules of this district, "[a] party represented by counsel who has appeared in a case may not act on his or her own behalf unless that party's attorney has obtained leave of the Court to withdraw as counsel of record[.]" LR 83.4(f). On March 13, 2018, Attorney Lloyd Tatum was appointed to represent the Plaintiff in this matter pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. (Docket Entry 46.) Therefore, the Plaintiff may *only* submit documents to the Court by and through her duly-appointed counsel.

On August 14, 2018, Stoltz submitted to the Court various documents associated with this case. The Clerk of Court is DIRECTED to forward these documents to Plaintiff's attorney of record. Plaintiff is ORDERED to refrain from mailing any further items to this Court so long as she is represented by counsel. Any mail received by the Court from Stoltz will be returned to her

along with a copy of this order.  The Clerk of Court is FURTHER DIRECTED to mail a copy of this order to Plaintiff.

    IT IS SO ORDERED this 16th day of August 2018.

                                            s/ J. DANIEL BREEN
                                            UNITED STATES DISTRICT JUDGE